Case 1:19-cr-00090-DLH *SEALED* Document 4 Filed 06/06/19 Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JUN 06 2019

DISTRICT OF NORTH DAKOTA

United States of America
v.
Mario R. Garmoo

Defendant

Case No. 1:19-cr-090

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mario R. Garmoo,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Possession with Intent to Distribute Oxycodone
Aiding and Abetting

Date: 06/06/2019

/s/ Anja Miller
*Issuing officer's signature*

City and state: Bismarck, ND

Anja Miller, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/6/19, and the person was arrested on *(date)* 9/5/19
at *(city and state)* Washburn, ND.

Date: 9/6/19

Laura M Boll
*Arresting officer's signature*

Laura M Boll, DUSM
*Printed name and title*